UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY R. GREGORY, <u>et</u> <u>al</u>., ) | |
| ) | |
| v. ) | Criminal Case No.: 07-276 (RBW) |
| LG PHILIPS LCD COMPANY ) | |
| LTD., <u>et</u> <u>al</u>., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Currently before this Court is the plaintiffs' unopposed motion to stay their obligation to move for class certification pursuant to Local Civil Rule 23.1(b). The plaintiffs request that this Court stay the plaintiffs' obligation to move for class certification within 90 days after the filing of their complaint because this case will be consolidated by the Judicial Panel on Multidistrict Litigation with other similar actions before the United States District Court for the Northern District of California. Upon consideration of the plaintiffs' motion, it is hereby this 8th day of May, 2007

**ORDERED** that the plaintiffs' motion is **GRANTED**.

**ORDERED** that the plaintiffs' obligation to move for class certification pursuant to Local Civil Rule 23.1(b) is stayed.

**SO ORDERED.**

_____
REGGIE B. WALTON
United States District Judge