OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

29 May 2007

United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, DC 20001

Re:   MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

| Title of Case(s) | Your Case Number(s) |
|---|---|
| Timothy R. Gregory, et al -v- LG Philips LCD Co., Ltd., et al | C.A. No. 1:07-0276 RBW |

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Susan Illston for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files,  including a PDF copy of the docket sheet to rufino_santos@cand.uscourts.gov, 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, 3) if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

By: Rufino Santos
Deputy Clerk

Encl.