TRANSFERRED, TYPE-A

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00276-RBW
# Internal Use Only

GREGORY et al v. LG PHILIPS LCD COMPANY LTD et al
Assigned to: Judge Reggie B. Walton
Cause: 15:1 Antitrust Litigation

Date Filed: 02/06/2007
Jury Demand: None
Nature of Suit: 410 Anti-Trust
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**TIMOTHY R. GREGORY**　　　　represented by　**Steven N. Berk**
　　　　　　　　　　　　　　　　　　　　　　　CHAVEZ & GERTLER, LLP
　　　　　　　　　　　　　　　　　　　　　　　1225 15th Street, NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　　　(202) 232-7550
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 232-7556
　　　　　　　　　　　　　　　　　　　　　　　Email: steven@chavezgertler.com
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID WALKER**　　　　　　　represented by　**Steven N. Berk**
*on behalf of themselves all others similarly*　　(See above for address)
*situated*　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*


V.

**Defendant**

**LG PHILIPS LCD COMPANY LTD**

**Defendant**

**LG PHILIPS LCD AMERICA INC**

**Defendant**

**LG ELECTRONICS INC**

**Defendant**

**ROYAL PHILIPS ELECTRONICS NV**

**Defendant**

**SAMSUNG ELECTRONICS CO LTD**

**Defendant**

**SAMSUNG SEMICONDUCTOR INC INC**

**Defendant**

**AU OPTRONICS CORPORATION**

**Defendant**

**AU OPTRONICS CORPORATION AMERICA**

**Defendant**

**CHI MEI OPTOELECTRONICS**

**Defendant**

**CHI MEI OPTOELECTRONICS USA INC**

**Defendant**

**SHARP CORPORATION**

**Defendant**

**SHARP ELECTRONICS CORPORATION**

**Defendant**

**TOSHIBA CORPORATION**

**Defendant**

**MATSUSHITA DISPLAY TECHNOLOGY CO LTD**

**Defendant**

**HITACHI LTD**

**Defendant**

**HITACHI DISPLAYS LTD**

**Defendant**

**HITACHI AMERICA LTD.**

**Defendant**

**HATACHI ELECTRONIC DEVICES (USA) INC**

**Defendant**

**SANYO EPSON IMAGING DEVICES CORPORATION**

**Defendant**

**NEC CORPORATION**

**Defendant**

**NEC LCD TECHNOLOGIES LTD**

**Defendant**

**IDT INTERNATIONAL LTD**

**Defendant**

**INTERNATIONAL DISPLAY TECHNOLOGY CO LTD**

**Defendant**

**CHUNGHWA PICTURES TUBES LTD**

**Defendant**

**HANNSTAR DISPLAY CORPORATION**

**Debtor-in-Possess**

**INTERNATIONAL DISPLAY TECHNOLOGY USA INC**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/06/2007 | 1 | COMPLAINT against SAMSUNG ELECTRONICS CO LTD, SAMSUNG SEMICONDUCTOR INC INC, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI OPTOELECTRONICS, CHI MEI OPTOELECTRONICS USA INC, SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, TOSHIBA CORPORATION, MATSUSHITA DISPLAY TECHNOLOGY CO LTD, HITACHI LTD, HITACHI DISPLAYS LTD, HITACHI AMERICA LTD., HATACHI ELECTRONIC DEVICES (USA) INC, SANYO EPSON IMAGING DEVICES CORPORATION, NEC CORPORATION, NEC LCD TECHNOLOGIES LTD, IDT INTERNATIONAL LTD, INTERNATIONAL DISPLAY TECHNOLOGY CO LTD, INTERNATIONAL DISPLAY TECHNOLOGY USA INC, CHUNGHWA PICTURES TUBES LTD, HANNSTAR DISPLAY CORPORATION, LG PHILIPS LCD COMPANY LTD, LG PHILIPS LCD AMERICA INC, LG ELECTRONICS INC, ROYAL PHILIPS ELECTRONICS NV ( Filing fee $ 350 receipt number 4616002115.)filed by TIMOTHY R. GREGORY, DAVID WALKER. (Attachments: # 1 Civil Cover Sheet)(td, ) (Entered: 02/07/2007) |

| | | |
|---|---|---|
| 02/06/2007 | | Summons (26) Issued as to SAMSUNG ELECTRONICS CO LTD, SAMSUNG SEMICONDUCTOR INC INC, AU OPTRONICS CORPORATION, AU OPTRONICS CORPORATION AMERICA, CHI MEI OPTOELECTRONICS, CHI MEI OPTOELECTRONICS USA INC, SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, TOSHIBA CORPORATION, MATSUSHITA DISPLAY TECHNOLOGY CO LTD, HITACHI LTD, HITACHI DISPLAYS LTD, HITACHI AMERICA LTD., HATACHI ELECTRONIC DEVICES (USA) INC, SANYO EPSON IMAGING DEVICES CORPORATION, NEC CORPORATION, NEC LCD TECHNOLOGIES LTD, IDT INTERNATIONAL LTD, INTERNATIONAL DISPLAY TECHNOLOGY CO LTD, INTERNATIONAL DISPLAY TECHNOLOGY USA INC, CHUNGHWA PICTURES TUBES LTD, HANNSTAR DISPLAY CORPORATION, LG PHILIPS LCD COMPANY LTD, LG PHILIPS LCD AMERICA INC, LG ELECTRONICS INC, ROYAL PHILIPS ELECTRONICS NV. (td, ) (Entered: 02/07/2007) |
| 05/07/2007 | 2 | Unopposed MOTION to Stay *THEIR OBLIGATION TO MOVE FOR CLASS CERTIFICATION* by TIMOTHY R. GREGORY (Berk, Steven) (Entered: 05/07/2007) |
| 05/08/2007 | 3 | ORDER granting 2 Motion to Stay. The plaintiffs' obligation to move for class certification pursuant to Local Civil Rule 23.1(b) is stayed. Signed by Judge Reggie B. Walton on 5/8/07. (lcrbw2) (Entered: 05/08/2007) |
| 06/28/2007 | | MINUTE ORDER. In light of the plaintiffs' representation that they have consented to a transfer of this action and that transfer by the Multidistrict Litigation panel is imminent, this case is hereby administratively closed. Either party may move to reopen the case as and when it is appropriate to do so. Signed by Judge Reggie B. Walton on June 28, 2007. (lcrbw3, ) (Entered: 06/28/2007) |
| 07/16/2007 | 4 | LETTER dated May 11, 2007 from the Judicial Panel on Multidistrict Litigation directing the transfer of the original file and certified copy of the docket sheet. (jf, ) (Entered: 07/16/2007) |
| 07/16/2007 | 5 | Letter dated May 29, 2007 from the U.S. District Court for the Northern District of California requesting an e-mail in pdf of the documents. (jf, ) (Entered: 07/16/2007) |
| 07/16/2007 | | Case transferred out to the USDC for the Northern District of California, pursuant to MDL Order. Sent to Court by email to rufino_santos@cand.uscourts.gov. (jf, ) (Entered: 07/16/2007) |